# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136476

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

NGOC PHAT TRAN,
     Defendant-Appellant.

SC: 136476
COA: 283483
Kent CC: 02-011062-FC

_____/

     On order of the Court, the application for leave to appeal the April 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

p1020